IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

In re:                                                          Case No. 08-50580-SCS
MARIO BELMO,                                         Chapter 13

      Debtor.

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**
**FOR FAILURE TO MAKE PLAN PAYMENTS**

THIS MATTER CAME to be heard upon the Motion to Dismiss for Failure to Make Plan Payments (the "Motion to Dismiss") filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee").  Upon service of said Motion by means of first class mail, postage pre-paid upon Mario Belmo (the "Debtor") and counsel for the Debtor and upon the hearing convened before this Court on August 9, 2013; it is hereby

**ORDERED** that the Trustee's Motion to Dismiss is **DENIED** conditioned upon the receipt and clearing of a lump sum payment in the amount of $2,551.27 which has been forwarded to the Trustee; it is

**FURTHER ORDERED** that if the lump sum payment does not clear the Debtor's bank, the Trustee shall submit an order of dismissal of this case without need for further hearing; it is

**FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Entered at Newport News _____ day of Aug 14 2013 _____, 2013.

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

/s/ Stephen C. St.John
_____

JUDGE

Notice of entry of Order or Judgment ____Aug 14 2013_____

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

# LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9002-1, this Order has been endorsed by all parties.

*/s/ R. Clinton Stackhouse, Jr.*
_____

Copy List:

Mario Belmo
67 Red Robin Turn
Hampton, VA 23669

Philip R. Boardman, Esquire
2017 Cunningham Drive, Suite 210
Hampton, VA 23666

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile